COM.

v.

DUCKETT, C.

800 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0505591–2005 (Philadelphia)

Affirmed

COM.

v.

LEE, A.

881 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–39–CR–0001936–2011 (Lehigh)

Affirmed

COM.

v.

CARL, J.

1551 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–39–CR–0004381–2002 (Lehigh)

Affirmed

ESTATE OF Paul S. TERRY

v.

CATHEDRAL VILLAGE

1826 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

March Term, 2014, No. 820 (Philadelphia)

Affirmed

RBS CITIZENS, N.A., et al.

v.

UNKNOWN HEIRS, et al.

1862 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

No. 11–01363 (Chester)

Affirmed

IN the INTEREST OF: N.A.P., a Minor

1962 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–51–AP–0000255–2016 (Philadelphia)

Affirmed